# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JEREMY LOUIS COWGILL<br>[DOB: 08/11/1979],<br><br>                Defendant. | **COUNT ONE:**<br>**Possession of Child Pornography**<br>18 U.S.C. § 2252(a)(4)<br>NMT: 20 Years' Imprisonment<br>NMT: $250,000 Fine<br>Supervised Release: Five Years, Up to Life<br>Class B Felony<br><br>$100 Special Assessment for Each Count |

# I N F O R M A T I O N

### THE UNITED STATES CHARGES THAT:

## COUNT ONE
### Possession of Child Pornography

In or about August 2015, in the Western District of Missouri and elsewhere, the defendant, **JEREMY LOUIS COWGILL**, knowingly possessed image files in his computer, and other matter which contained visual depictions which involved a prepubescent minor engaging in sexually explicit conduct, that had been produced using materials which had been shipped and transported in interstate and foreign commerce by any means including by computer; and the production of the visual depictions involved the use of minors engaging in sexually explicit conduct, and were visual depictions of such conduct, all in violation of Title 18, United States Code, Section 2252(a)(4).

### FORFEITURE ALLEGATION

The allegations contained in Count One are realleged and are incorporated by reference herein for the purpose of alleging forfeiture of: any visual depiction described in Title 18, United

States Code, Section 2252, or any film, videotape, or other matter which contains any such visual depiction, which was transported, mailed, shipped, or received in violation of these sections; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses; including, but not limited to the following:

1. HARCFL089899 - Seagate 320 GB SATA hard drive, serial number 3QF0M0DN; and
2. HARCFL091891 - Hitachi 120 GB hard drive, serial number ALCE790L;

All in violation of Title 18, United States Code, Section 2253.

Respectfully submitted,

Teresa A. Moore
United States Attorney

By     */s/ Patrick D. Daly*

PATRICK D. DALY
Assistant United States Attorney

Dated:____4/26/2023_____