**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 23-00081-01-CR-W-BP |
| | ) | |
| JEREMY LOUIS COWGILL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING PLEA OF GUILTY

On April 26, 2023, the Honorable W. Brian Gaddy, United States Magistrate Judge for this District, recommended the Court accept Defendant's plea of guilty to the Information. There has been no objection to Judge Gaddy's recommendation and the time for doing so has passed. Accordingly, Defendant's plea of guilty is now accepted and he is adjudged guilty of the crime charged.

The United States Probation Office shall prepare a presentence investigation report. Sentencing will be set by subsequent Order of the Court.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
DATE: May 30 , 2023                    UNITED STATES DISTRICT COURT