## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) ) ) |
| Vs. | ) Case No. 23-00081-01-CR-W-BP ) ) |
| **JEREMY LOUIS COWGILL,** | ) ) |
| **Defendant.** | ) |

### ORDER TO SUSPEND CONDITIONS OF SUPERVISED RELEASE

For good and sufficient cause, it is hereby ORDERED that the following special conditions be suspended for Jeremy Louis Cowgill:

> **You shall consent to third-party disclosure to any employer, or potential employer, concerning the history, characteristics, criminal background or any computer-related restrictions that have been imposed.**
>
> **Your place of residence may not be within 1,000 feet of schools, parks, playgrounds, public pools, or other locations frequented by children.**



/s/ Beth Phillips
BETH PHILLIPS
CHIEF U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this <u>2nd</u> day of <u>February</u>, 2024.